UNITED STATES DISTRICT COURT
for the
DISTRICT OF VERMONT

| | |
|---|---|
| EDWARD A. MUELLER, M.D., ) | |
| ) | |
| Plaintiff, ) | Docket No.: 1:05-CV-38 |
| ) | |
| - vs. - ) | |
| ) | |
| RUTLAND MENTAL HEALTH SERVICES, INC., ) | **STIPULATION TO DISMISS** |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

NOW COME the parties and by and through their attorneys as duly authorized, hereby STIPULATE and AGREE that any and all claims in this matter shall be dismissed with prejudice, each party to bear their own attorney fees and costs; that the Stipulation of Dismissal between the parties is subject to a separate settlement agreement; and that the parties enter into this Stipulation without any of them admitting any fault or wrongdoing.

DATED: Rutland, Vermont
December 12, 2006

EDWARD A. MUELLER, M.D.

_____
James G. Levins, III, Esq.
TEPPER DARDECK & LEVINS, LLP
73 Center Street
Rutland, VT 05701-4046
802-775-4361

DATED: Rutland, Vermont
December 8, 2006

RUTLAND MENTAL HEALTH SERVICES, INC.

*/s/ Andrew H. Maass*
Andrew H. Maass, Esq.
RYAN SMITH & CARBINE, LTD.
P.O. Box 310
Rutland, Vermont 05702-0310
802-786-1000

SO ORDERED:

_____    Date: 12/21/06
Hon. J. Garvan Murtha
U.S. District Court Judge
District of Vermont

7315/6/#368756v1